# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TIDIANE KONE,

          Plaintiff,

    v.

KATRINA BAKER,

          Defendant.

Case No. 3:23-cv-00231

## ORDER RE PENDING MOTIONS

Before the Court are numerous pending motions filed by Plaintiff Tidiane Kone. At Docket 59, Defendants filed an omnibus response to the motions at Dockets 47, 51, 54, 55, 56, and 57, and filed separate oppositions to the motions at Dockets 43 and 46.  Defendants did not respond to the remaining motions.  An additional motion at Docket 65 filed by Mr. Kone is not yet ripe.

Plaintiff Kone, a self-represented prisoner, initiated this action in October 2023.  In June 2024, the Court found that Mr. Kone's Third Amended Complaint ("TAC") stated a viable cause of action against  former correctional officer Katrina Baker alleging excessive force in violation of the Eighth Amendment; at Docket 22, the Court issued an order directing service of the TAC on Defendant and a response from the named Defendant.  Defended duly answered the TAC on October 28, 2024; thereafter, the Court entered a scheduling order at Docket 41 on October 31, 2024.

Thereafter, Mr. Kone has filed 13 motions, each of which this order addresses as follows:

1. Docket 43, Motion to Appoint Counsel. Defendants responded in opposition to the motion at Docket 49. The motion is DENIED. Mr. Kone has not shown the requisite "exceptional circumstances" justifying the Court to request a volunteer attorney on his behalf. Nor are there volunteer attorneys available in this district for pro bono prisoner representation at this time. *See* 28 U.S.C. §1915(e)(1). Moreover, Mr. Kone's assertion that Defendant and other DOC officers are blocking his access to the Court is at odds with the fact that he has recently filed the 13 pending motions, together with numerous other filings in both this Court and the Ninth Circuit Court of Appeals.

2. Docket 45, Application to Proceed Without Prepayment of Fees and Affidavit. This motion is DENIED as moot. The Court previously granted Mr. Kone's earlier applications at Dockets 3 and 4 to waive prepayment of the filing fee. *See* Docket 14 at 15, ¶ 4.

3. Docket 46, Motion for Injunctive Relief. Defendants responded with opposition to the motion at Docket 60. The motion is DENIED. Plaintiff has failed to meet the standard justifying preliminary injunctive relief. Further, as Defendant set forth in her opposition, she is no longer employed by the Department of Corrections ("DOC"); therefore, preliminary injunctive relief

Case No. 3:23-cv-00231-SLG, *Kone v. Baker, et al.*
Order re. Pending Motions
Page 2 of 6

Case 3:23-cv-00231-SLG     Document 66     Filed 01/15/25     Page 2 of 6

that orders  Defendant to take certain actions during the pendency of this case is unavailable. *See* Docket 60 at 2; Docket 61 at 1, ¶ 2.

4. Docket 47, Motion for Hearing. It appears by this motion that Mr. Kone seeks a Court-appointed attorney so that he can take one or more depositions.  The motion is DENIED without prejudice.  Mr. Kone may file a motion seeking to take a deposition of a particular individual, explain why that deposition is necessary to pursue his case, and explain how he intends to coordinate the deposition.  The Court previously explained this procedure to Mr. Kone in its order at Docket 41, page 2, fn. 3.

5. Docket 48, Request for Extension of Time to File Amending Pleadings. Defendants did not respond to this motion.  The deadline to file amended pleadings expired on January 2, 2025.  The request at Docket 48 was filed before that deadline, but is nonetheless DENIED.  If Mr. Kone seeks to file an amended pleading at this time, he must show good cause why the Scheduling Order should be amended to  permit an amended complaint. In addition, he must attach a copy of his proposed amended pleading to the motion, which he failed to do with this motion.  *See* District of Alaska Local Civil Rule 15.1(a).

6. Docket 51, Motion for Disclosure and Discovery. Mr. Kone's request for initial disclosures pursuant to Federal Rule of Civil Procedure 26 is DENIED.  As explained by Defendant in her response, that rule is not

Case No. 3:23-cv-00231-SLG, *Kone v. Baker, et al.*
Order re. Pending Motions
Page 3 of 6

Case 3:23-cv-00231-SLG     Document 66     Filed 01/15/25     Page 3 of 6

applicable to cases brought by a prisoner without an attorney. Mr. Kone may seek discovery pursuant to the applicable Federal Rules of Civil Procedure. Such discovery should be sought directly from Defendant's attorney by proper requests for production, interrogatories, and/or requests for admission. The Court generally does not become involved in discovery production unless and until a dispute arises.

7. Docket 54, Motion for Extension of Time for Scheduling Order. Plaintiff sought to extend the deadlines in the Scheduling Order in case he was appointed a pro bono attorney, which this Court has denied, and to address alleged false accusations against Plaintiff made by law library personnel or staff. Neither asserted reason is good cause to extend the deadlines in the Scheduling Order and therefore, the motion is DENIED.

8. Docket 55, Motion for Reconsideration of Preliminary Injunction and TRO. The motion to reconsider the order denying the first preliminary injunction is untimely and therefore DENIED. That order was entered on February 9, 2024 and motions to reconsider must ordinarily be filed within 7 days after entry of the order.

9. Docket 56, Plaintiff's Motion for Order to Transport Prisoners to Testify at Hearing. The motion is DENIED because the Court is not scheduling any hearings at this time. Moreover, the Ninth Circuit has held that "[a] prisoner . . . cannot demand to be present at any stage in the development of his

Case No. 3:23-cv-00231-SLG, *Kone v. Baker, et al.*
Order re. Pending Motions
Page 4 of 6

Case 3:23-cv-00231-SLG     Document 66     Filed 01/15/25     Page 4 of 6

civil case"; nor is a prisoner entiled to an order transporting his witnesses to testify in person at Court. However, the Court has used videoconferencing for some trial testimony in certain cases. If this case proceeds to trial, Mr. Kone may seek such relief.

10. Docket 57, Motion for Supplemental Pleadings Cruel and Unusual Punishment. The motion is DENIED. If Mr. Kone seeks to file an amended complaint at this time, he must file the proposed amended complaint and explain why there is good cause to allow for the amendment at this time. *See* discussion in paragraph 5, above.

11. Docket 62, Motion for Conference of the Parties: Planning for Discovery. Defendants did not respond to this motion. This motion is DENIED without prejudice. Plaintiff may propound specific discovery requests on Defendant, through her attorney, as noted above. If Defendant fails to timely respond, Plaintiff may file a motion to compel pursuant to Civil Rule 37, after first trying to resolve the issue with Defendant's counsel in good faith.

12. Docket 63, Motion for Notice. Defendants did not respond to this motion. It is unclear what relief from this Court Plaintiff is seeking in this filing; accordingly, the motion is DENIED.

13. Docket 64, Notice for Proposed Order. The Court reads this notice as a request for a judicial settlement conference. Defendants did not respond

Case No. 3:23-cv-00231-SLG, *Kone v. Baker, et al.*
Order re. Pending Motions
Page 5 of 6
Case 3:23-cv-00231-SLG     Document 66     Filed 01/15/25     Page 5 of 6

to this motion.  Good cause being shown, IT IS ORDERED that the motion is GRANTED as follows:  the Court will request another judicial officer of this Court to participate at a judicially conducted settlement conference; the conference will either be in person or held telephonically, as determined by that judicial officer.  A separate order on this settlement conference shall be issued by the settlement judge.

IT IS SO ORDERD this 15th day of January, 2025.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00231-SLG, *Kone v. Baker, et al.*
Order re. Pending Motions
Page 6 of 6

Case 3:23-cv-00231-SLG     Document 66     Filed 01/15/25     Page 6 of 6